■ The People of the State of New York, Respondent, v Erik Davidson, Appellant. [732 NYS2d 397] —Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered June 10, 1997, convicting defendant, upon his plea of guilty, of attempted burglary in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 12 years to life, unanimously affirmed.

Defendant's suppression motion was properly denied. In close spatial and temporal proximity to a reported burglary, the police observed defendant, who matched a detailed description of the suspect and was riding the stolen bike, described in the transmission, against traffic. This provided reasonable suspicion to stop defendant (*Matter of Richard E.*, 273 AD2d 32). The prompt showup was not conducted in an unduly suggestive manner (*see, People v Duuvon*, 77 NY2d 541, 544-545; *People v Velez*, 254 AD2d 47, *lv denied* 92 NY2d 1040).

Defendant was properly adjudicated a persistent violent felony offender. Defendant waived any challenge to his 1991 conviction, which served as the basis for his adjudication as a second felony offender in 1993 (*People v Ennis*, 261 AD2d 332, *lv denied* 93 NY2d 1017). The voluntariness of defendant's 1993 plea is established by the allocution, which further does not suggest that he had a viable intoxication defense (*see, People v Toxey*, 86 NY2d 725; *People v Wheeler*, 251 AD2d 86, *lv denied* 92 NY2d 931).

Defendant's sentence, the minimum permitted by law for a persistent violent felony offender, was not unconstitutional as

applied (*see, People v Broadie*, 37 NY2d 100, *cert denied* 423 US 950). Concur—Sullivan, P. J., Rosenberger, Tom, Wallach and Rubin, JJ.